Argued July 24, affirmed August 4, reconsideration denied
September 17, petition for review denied October 14, 1975

STATE OF OREGON, *Respondent*, *v.* ALLAN
OLIVER CARDWELL (No. C 74-09-2690 Cr),
*Appellant.*

538 P2d 372

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Donald L. Paillette,* Assistant Attorney General,
Salem, argued the cause for respondent. With him
on the brief were Lee Johnson, Attorney General, and
W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and THORNTON and
LEE, Judges.

PER CURIAM.

Defendant's sole contention on appeal is that the trial court erred in not instructing the jury to the effect that intoxication could be considered in determining whether defendant had a mental disease or defect at the time he is alleged to have shot the victim. We do not reach this question because defendant did not request the trial judge to give an instruction on this point nor did he except to any of the instructions that were given on the subject.

Affirmed.